**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Petitioner,** | * | **CASE NO.4:18-CV-00095-CDL** |
| | * | |
| **v.** | * | |
| | * | |
| **ANIL KUMAR, MANOJ KUMAR, and MANDEEP SINGH,** | * | |
| | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

**ORDER ON ANIL KUMAR**

The Court having fully considered the Complaint, Motion for Temporary Restraining Order and the Declarations submitted therewith, and all matters of record herein,

IT IS HEREBY ORDERED that the U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement (Department) through competent medical authority, may perform laboratory tests and physical evaluation to monitor and assess ANIL KUMAR's clinical condition (i.e., drawing of blood and urinalysis for laboratory testing, physical examination, and administration of medications, if needed), including restraints until such time that ANIL KUMAR discontinues his hunger strike or until the Court otherwise orders.

SO ORDERED, this 17th day of May, 2018.

_S/Clay D. Land
Clay D. Land, Chief Judge
United States District Court