**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Petitioner,** | * | **CASE NO. 4:18-CV-00095-CDL** |
| | * | |
| | * | |
| **v.** | * | |
| | * | |
| **ANIL KUMAR, MANOJ KUMAR,** | * | |
| **and MANDEEP SINGH,** | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

**STATUS REPORT ON MANDEEP SINGH**

The Court entered an Order on May 17, 2018, granting the Unites States' request for authorization to perform laboratory tests and physical examinations on Defendant Mandeep Singh. See ECF No. 9. The Court reserved ruling on the United States' request to involuntarily administer nutrients to Defendant Mandeep Singh.

The United States hereby renews its request for authorization to administer nutrients to Defendant Mandeep Singh and, if necessary, to use restraints to accomplish the involuntary administration of nutrients. In support of this renewed request, the United States relies upon and refers the Court to its initial emergency motion for order of authorization (ECF No. 6) and the updated declaration of Dr. Eugene Charbonneau, D.O., dated May 21, 2018 and attached hereto as Exhibit A. According to Dr. Charbonneau, Defendant Mandeep Singh's condition has worsened to the point where administration of fluids and nutrients is necessary to prevent permanent damage to Defendant Mandeep Singh's body or his death. See Declaration of Eugene Charbonneau, D.O., attached hereto as Exhibit A.

A proposed order for the Court's consideration is attached hereto as Exhibit B.

Respectfully submitted this 21st day of May, 2018.

CHARLES E. PEELER
UNITED STATES ATTORNEY

BY: *s/ Bernard Snell*
Assistant United States Attorney
Georgia Bar No. 665692
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
Phone: (478) 621-2732

CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2018, I electronically transmitted the attached Complaint to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: N/A

I hereby further certify that on May 21, 2018, I served the attached document by in-person delivery or via first class mail on the following non-CM/ECF participants:

Mandeep SINGH – A XXX XXX 679
c/o Stewart Detention Center
146 CCA Road
P.O. Box 248
Lumpkin, GA 31815

This 21st day of May, 2018.

CHARLES E. PEELER
UNITED STATES ATTORNEY

BY: *s/ Bernard Snell*
Assistant United States Attorney
Georgia Bar No. 665692