**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Plaintiff,** | * | **CASE NO. 4:18-CV-00095-CDL** |
| | * | |
| | * | |
| **v.** | * | |
| | * | |
| **ANIL KUMAR, MANOJ KUMAR,** | * | |
| **and MANDEEP SINGH,** | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

**ORDER ON MANDEEP SINGH**

The Court entered an Order on May 17, 2018, granting the United States' request for authorization to perform laboratory tests and physical examinations on Defendant Mandeep Singh. See ECF No. 9. The Court reserved ruling on the United States' request to involuntarily administer nutrients to Defendant Mandeep Singh. Based on additional information concerning Defendant Mandeep Singh submitted to the Court on May 21, 2018, the Court's May 17, 2018 Order is hereby vacated, and this Order is entered in its place.

The Court, having fully considered the Complaint, Motion for Temporary Restraining Order, the declarations submitted therewith, including the updated declaration of Dr. Eugene Charbonneau, D.O. dated May 21, 2018, and all matters of record herein,

IT IS HEREBY ORDERED that the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), through competent medical authority, may perform laboratory tests and physical evaluations to monitor and assess Defendant Mandeep Singh's clinical condition (i.e., drawing of blood and urinalysis for laboratory testing, physical examination, and administration of medications, if needed), and may restrain Defendant

Mandeep Singh to accomplish the same until such time as Defendant Mandeep Singh discontinues his hunger strike or until the Court otherwise orders.

IT IS HEREBY FURTHER ORDERED that DHS, ICE, through competent medical authority, may involuntarily administer nutrients and fluids to Defendant Mandeep Singh by nasogastric tube and/or intravenously to sustain the life of Defendant Mandeep Singh, and may restrain Defendant Mandeep Singh to accomplish the same until such time as Defendant Mandeep Singh discontinues his hunger strike or until the Court otherwise orders.

SO ORDERED, this 22nd day of May, 2018.

s/Clay D. Land
CLAY D. LAND, CHIEF JUDGE
United States District Court
Middle District of Georgia