**U.S. Department of Justice**
United States Attorney
Middle District of Georgia

*Post Office Box 2568*
*Columbus, Georgia 31902*

*Telephone: 706-649-7700*
*Fax: 706-649-7767*

October 9, 2018

The Honorable Clay D. Land
Chief United States District Judge
Post Office Box 2017
Columbus, Georgia 31902

RE: United States of America v. Anil Kumar, Manoj Kumar and Mandeep Singh
Case No. 4:18-CV-00095 (CDL)

Dear Judge Land:

The United States Department of Homeland Security, Office of Chief Counsel, Immigration and Customs Enforcement, informed the United States Attorney's Office that the named defendants in the above referenced case are no longer on a hunger strike. We provide this information for the benefit of the court's records. If further information is needed, please feel free to contact our office.

Sincerely,

CHARLES E. PEELER
UNITED STATES ATTORNEY

*s/Bernard Snell*
By: Bernard Snell
Assistant United States Attorney